# Exhibit B

# Major Decision  Inbox

RP ASH 

**Summarize this email**

 **Jonathan Sc...**  Nov 18, 2024
to me

Ashley,

In accordance with the provisions of the Operating Agreement of Biscuits and Tangs, LLC (the "Company"), dated as of January 5, 2016, specifically Section 6.2 thereof, including, without limitation, the matters set forth in subsections (a), (d), (e), (h) and/or (k) of said Section 6.2, I am requesting unanimous consent to a Major Decision, namely, that the provisions of Section 6.9 of said Operating Agreement be modified to reflect the following:
that Jonathan Schnapp shall, commencing on November 18, 2024, and at all points of time thereafter, receive one hundred (100%) percent of the Management Fee, and that Ashley Albert shall no longer receive any portion of said Management Fee, which modification reflects a fair and appropriate representation of the time and effort spent by each of Jonathan and Ashley in the management of the Company. Please respond ASAP.

-Jonathan

**Jonathan Schnapp**
Moonshooter
The Royal Palms Shuffleboard Club



917-450-3491