# Exhibit C



**Jonathan Sch…** 10:56 AM
to me

Ashley

Please be advised that having arrived at an impasse in regards to a major decision, the option for a buy/sell offer is provided for in section 6.5 of our operating agreement.

In preparation for this imminent buy/sell offer and the effective end of our partnership, I've removed 100k from our operating account. I'd suggest that you do the same. My buy/sell offer will not include these assets.