# Exhibit D

December 14, 2024

**VIA FEDEX AND E-MAIL**
Ms. Ashley Albert
1514 Minturn Street
Alameda, CA 94501
Ashley@royalpalmsshuffle.com

Re:   Biscuits and Tangs, LLC – Buy/Sell Offer

Ashley:

This correspondence is to advise that I have determined, in good faith, that your refusal to consent to a modification of Section 6.9 of the Operating Agreement of Biscuits and Tangs, LLC, dated as of January 5, 2016 (the "**B&T OA**") has resulted in an irreconcilable impasse, and that I am electing to exercise the Buy/Sell Right provided in Section 6.5 of the B&T OA.

In accordance with the terms and provisions of the B&T OA, specifically, the provisions of Section 6.5 thereof, this is my Offer to Sell or Purchase (as such term is defined in the B&T OA).

My Offer to Sell or Purchase your Interests in the Company is **One Million Four Hundred Thousand and 00/100 ($1,400,000.00) Dollars**.

As set forth in said Section 6.5, you have thirty (30) days to respond to this Offer. Note that a failure to timely respond to this Offer is deemed that you have elected to sell your Interest.

If you have any questions, please contact me.

Sincerely,

*[signature]*

Jonathan Schnapp