# Exhibit E

| | |
|---|---|
| **From:** | Michael Fahner |
| **Sent:** | Saturday, January 11, 2025 4:11 PM |
| **To:** | Jonathan Schnapp |
| **Cc:** | Ashley Albert |
| **Subject:** | Re: Introduction and Request for Counsel Contact |
| **Attachments:** | B&T - Acquisition Agreement [1.11.25].docx |

Hi Jonathan,

Thank you for your note. Ashley would like to accept your offer for her to purchase your interests in the company, and to keep things efficient, we've put together a short form agreement for the transaction on terms that are acceptable to Ashley.  Please see attached.  As you will see, the agreement contemplates closing within 60 days.  We are eager to proceed with the transaction and hope that we can move to a smooth closing within that time frame.

As a sign of good faiith, Ashley has escrowed 10% of the purchase price in cash with my firm.

Additionally, I'd like to note that since Ian is company counsel, we encourage you to retain your own counsel to review the agreement if you would like independent representation.

If you have any questions, please let us know and I would be happy to assist.

Regards,
Michael

---

**From:** Jonathan Schnapp <jonathan@royalpalmsshuffle.com>
**Sent:** Friday, January 10, 2025 9:08 AM
**To:** Michael Fahner <Michael@FahnerLaw.com>; Ashley Albert <ashley@royalpalmsshuffle.com>
**Subject:** Re: Introduction and Request for Counsel Contact

ashley/michael,
in the interest of expediency i think the easiest thing
would be for us to engage the royal palm's attorney, ian lester,
to paper the transaction on behalf of the company
once there is a deal in place.
-jonathan

**Jonathan Schnapp**

Moonshooter

The Royal Palms Shuffleboard Club



1



 917-450-3491

 jonathan@royalpalmsshuffle.com

www.royalpalmsshuffle.com

On Wed, Jan 8, 2025 at 5:05 PM Jonathan Schnapp <jonathan@royalpalmsshuffle.com> wrote:
  hey michael,

  thanks for the note.

  i had thought that this was going to be
  a fairly simple purchase or sale.
  as such, i haven't engaged legal counsel.

  if you can detail the specifics
  of your concerns about process, documentation, etc
  i can try to sort through it with my
  basic knowledge of our
  relatively straight-forward
  operating agreement.

  many thanks,
  -jonathan


**Jonathan Schnapp**

Moonshooter

The Royal Palms Shuffleboard Club



 917-450-3491

 jonathan@royalpalmsshuffle.com

 www.royalpalmsshuffle.com

2

On Wed, Jan 8, 2025 at 4:45 PM Michael Fahner <Michael@fahnerlaw.com> wrote:
Hi Jonathan,

My name is Michael Fahner, and I'm an attorney representing Ashley in connection with her ownership interest in Royal Palms.

We are currently evaluating the purchase of your equity in the company. To facilitate this process, I would appreciate it if you
could please introduce me to your legal counsel.  I just want to align on process, documentation, etc. in connection with a potential transaction.

Look forward to working with you.

Thank you,
Michael

Michael Fahner
michael@fahnerlaw.com
(631) 882-1610