# Exhibit G

**FAHNER LAW PLLC**

January 16, 2025

111 Great Neck Road, Great Neck, New York 11021
Email: mjkeane@garfunkelwild.com
Phone: (516) 393-2538

Re: **Response to Letter Dated January 16, 2025 - Biscuit and Tangs, LLC**

Mr. Keane,

This letter responds to your letter dated January 16, 2025. Your letter contains several factual inaccuracies and other defects, to which we generally object and reserve all rights. However, even if one were to accept your version of events, your argument is moot.

The buy/sell offer was received on December 17, 2024 at 8:00 PM (as evidenced by the applicable FedEx receipt). As such, Ms. Albert's acceptance on January 11, 2025 was within the thirty (30) day window. Today, January 16, 2025 is also within the thirty (30) day window. For the avoidance of doubt, Ms. Albert accepts Jonathan Schnapp's offer to sell his membership interests in Biscuit and Tangs, LLC. The Acquisition Agreement provided on January 11, 2025 was merely intended to facilitate the transaction and in no way limited or conditioned Ms. Albert's acceptance of the offer.

The required 10% deposit is currently held in my escrow account, as the Operating Agreement does not specify where the deposit should be delivered, and Mr. Schnapp provided no instructions (nor did he object to the escrow, which led us to believe he found the escrow arrangement acceptable). If Mr. Schnapp wishes to hold the deposit directly, please inform us where to send the funds.

Additionally, we also believe Mr. Schnapp is in breach of the Operating Agreement. We reserve all rights in this regard as well.

We are happy to arrange a call to facilitate closing of the transaction.

Sincerely,

Michael Fahner
Fahner Law PLLC
Attorney

Michael@FahnerLaw.com