# Exhibit J

Docusign Envelope ID: 8B8A64B0-0E15-4505-B9E2-023EB9E68569

# MEMBER CONSENT

## OF

## BISCUITS AND TANGS, LLC

The undersigned, being the sole voting Member and a Manager of BISCUITS AND TANGS, LLC, a New York limited liability company (the "**Company**"), hereby consents to the adoption of the following resolutions:

**WHEREAS**, pursuant to the Operating Agreement of the Company dated January 5, 2016 (the "**Operating Agreement**"), the Company is managed by two Managers, Ashley Albert and Jonathan Schnapp;

**WHEREAS**, pursuant to the Membership Interest Purchase Agreement, dated as of February 18, 2025, by and between Jonathan Schnapp and LAC Services I, Inc. as Trustee of THE SHCNAPP FAMILY BUSINESS TRUST (the "**Trust**"), 100% of Jonathan Schnapp's Interests (as defined in the Operating Agreement) in the Company were transferred to the Trust as of February 18, 2025;

**WHEREAS**, neither Jonathan Schnapp nor the Trust obtained the consent of Ashley Albert or the Company prior to the transfer of Jonathan Schnapp's Interests to the Trust, and pursuant to Section 9.1(b) of the Operating Agreement, such Interests now held by the Trust do not carry any voting rights or entitle the Trust to be a Manager of the Company;

**WHEREAS**, pursuant to Section 6.11 of the Operating Agreement, a Manager may be removed for Cause (as defined in the Operating Agreement) in the event such Manager ceases to be a Member of the Company; and

**WHEREAS**, the undersigned is now the sole voting Member and a Manager of the Company and has determined that Cause exists for the removal of Jonathan Schnapp as a Manager of the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that effective immediately, Jonathan Schnapp is hereby removed as a Manager of the Company;

**FURTHER RESOLVED**, that Jonathan Schnapp is hereby removed from any and all positions he holds with the Company and any of its subsidiaries, including but not limited to any positions with respect to The Royal Palms Shuffleboard Club, LLC and Royal Palms Chicago LLC;

**FURTHER RESOLVED**, that Ashley Albert is hereby authorized to take all actions necessary to effectuate the foregoing resolutions, including but not limited to providing notice to Jonathan Schnapp of his removal, updating the records of the Company and its subsidiaries to reflect such removal, making all necessary filings with the New York Department of State or any other governmental entities, and taking all other actions that may be necessary or appropriate to carry out the intent and purposes of these resolutions; and

**FURTHER RESOLVED**, that all actions previously taken by Ashley Albert in connection with the matters contemplated by the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

[*Signature Page Follows*]

The undersigned has executed this Membership Consent as of the date set forth below.

Date: March 13, 2025



Ashley Albert, Member & Manager