UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ashley Albert

CIVIL ACTION NO.: 1:25-CV-3013 FB-CLP

vs

*Plaintiff*

Jonathan Schnapp and LAC Services I, LLC., as Trustee of the Schnapp Family Business Trust

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **6/4/2025** at **4:37 PM** on **the Corner of Carroll Street and Smith Street, Brooklyn, NY 11231**

undersigned served a(n) **Summons in a Civil Action and Jury Trial Demanded Complaint with Exhibits A-K** on **Jonathan Schnapp**

by delivering a true copy of each to said defendant personally;

undersigned knew the person so served to be the person described as said defendant therein.

**Description of Person Served Based on Undersigned's Perception:**
Gender: Male
Race: White
Hair: Black/Gray
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 06/05/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No. 2119916

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160