# AFFIDAVIT OF SERVICE

INDEX #: 1:25-CV-03013-FB-CLP
DATE FILED: 5/30/2025
ATTORNEY: KIRK & INGRAM, LLP
43 WEST 43RD STREET SUITE 279 NEW YORK NY 10036 ( ) -

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

ASHLEY ALBERT
Plaintiff(s)

- against -

JONATHAN SCHNAPP AND LAC SERVICES I, INC., AS TRUSTEE OF THE SCHNAPP FAMILY BUSINESS TRUST,
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY: ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 06/03/2025, 02:59PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231, deponent served a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS A-K** upon **LAC SERVICES I INC. S/H/A LAC SERVICES I, INC., AS TRUSTEE OF THE SCHNAPP FAMILY BUSINESS TRUST**, a defendant in the above captioned matter.

Deponent served **AMY LESCH**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **F**   Approximate age **56**   Approximate height **5'07"**   Approximate weight **190**   Perceived Race **WHITE**
Color of hair **BLONDE**   Other **GLASSES**

Sworn to before me on 06/04/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x S. Marie
STEF MARIE

SERVING BY IRVING INC.
18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346