UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

ASHLEY ALBERT,

                     Plaintiff,

  -against-

JONATHAN SCHNAPP and LAC SERVICES I, INC., as Trustee of the Schnapp Family Business Trust,

                   Defendants.

------------------------------------x

**<u>NOTICE APPEARANCE</u>**

Docket No. 25-cv-03013 (FB) (CLP)

PLEASE TAKE NOTICE that, on behalf of Defendant Jonathan Schnapp in the above-captioned lawsuit, the undersigned attorney will appear as counsel of record, and all pleadings, papers, and documents required to be served in this action upon Defendant Jonathan Schnapp should be served upon the undersigned.

Dated: Great Neck, New York
        June 24, 2025

GARFUNKEL WILD, P.C.
*Attorneys for Defendant Jonathan Schnapp*

By:     */s/ Mickey Keane*
        Michael J. Keane, Jr.

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

TO:    All Counsel of Record    (*Via ECF)*

4911-5631-7264v.1