# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

MICHAEL J. KEANE, JR.
Partner
Licensed in NY, NJ, CT
Email: mjkeane@garfunkelwild.com
Direct Dial: (516) 393-2538

FILE NO.: 17820.0002

June 24, 2025

**By ECF**

The Honarable Frederic Block
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

    Re:    *Ashley Albert v. Jonathan Schnapp et al.*
            Civil Action No. 1:25-cv-3013

Dear Hon. Frederic Block:

    We represent Jonathan Schnapp in the above-referenced matter. We respectfully request that the time for Mr. Schnapp to respond to the complaint be extended from June 25, 2025 to June 27, 2025.

    This request is being made because the undersigned counsel was recently involved in a car accident, which has disrupted our ability to meet the current deadline. This is the first request for an extension of time, and it is made with the consent of opposing counsel.

    We thank the Court for its consideration of this request.

                                         Very truly yours,

                                         */s/ Mickey Keane*

                                         Michael J. Keane, Jr.

MJK:pb
Enclosures

NEW YORK    NEW JERSEY    CONNECTICUT    FLORIDA    WASHINGTON, D.C.

4906-0581-8960v.1