

David E. Kirk
KIRK & INGRAM LLP
43 West 43rd St., Suite 279
New York, NY 10036-7424
dkirk@kirkingram.com
+1 (212) 859-3504

November 26, 2025

**VIA ECF**

The Honorable Seth D. Eichenholtz
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Ashley Albert v. Jonathan Schnapp</u> et al., C.A. No. 1:25-cv-3013

Dear Judge Eichenholtz:

  We represent plaintiff Ashley Albert and write to provide the status letter requested by the Court in its minute order dated November 20, 2025 and to update the Court on the mediation process following Judge Block's September 26, 2025 order referring the case to expedited mediation.

  The parties selected an EDNY Panel Mediator, Jeremy Berman, for the parties' mediation process. The parties have held three mediation sessions on November 5, November 14, and November 25. The parties remain in discussions to determine whether a resolution to the litigation can be achieved. Pursuant to those efforts, the undersigned counsel has conferred with counsel for defendants, and the parties jointly request an additional three weeks from the date of this letter, until December 17, 2025, to facilitate further settlement discussions.

               Respectfully submitted,

               /s/ David E. Kirk

               **KIRK & INGRAM, LLP**
               David E. Kirk
               43 West 43rd Street, Suite 279
               New York, NY 10036
               Telephone: (212) 859-3504
               DKirk@kirkingram.com

               *Counsel for Plaintiff Ashley Albert*

  cc: Counsel of record via ECF