December 17, 2025

**VIA ECF**

The Honorable Seth D. Eichenholtz
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Ashley Albert v. Jonathan Schnapp* et al., C.A. No. 1:25-cv-3013

Dear Judge Eichenholtz:

We write on behalf of all parties to provide a joint status letter reporting on settlement progress pursuant to the Court's minute order dated November 26, 2025.

Since the parties' status report filed on November 26, 2025, the parties engaged in continued settlement negotiations but have not yet reached an agreement, but there is an offer pending. We therefore request an extra three weeks to continue negotiations given the holidays.

    Respectfully submitted,

    /s/ David E. Kirk

    **KIRK & INGRAM, LLP**
    David E. Kirk
    43 West 43rd Street, Suite 279
    New York, NY 10036
    Telephone: (212) 859-3504
    DKirk@kirkingram.com

    *Counsel for Plaintiff Ashley Albert*

    /s/ Michael J. Keane

    **GARFUNKEL WILD, P.C.**
    Michael J. Keane
    900 Stewart Ave., 4th Floor
    Garden City, NY 11530
    Telephone: (516) 393-2263
    MKeane@garfunkelwild.com

    *Counsel for Defendants Jonathan Schnapp*
    *and LAC Services I, Inc.*