# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

**MICHAEL J. KEANE**
Partner Director
Licensed in NY, NJ
Email: mkeane@garfunkelwild.com
Direct Dial: (516) 393-2263

FILE NO.: 17820.0002

January 8, 2026

**By ECF**

The Honorable Seth D. Eichenholtz, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Ashley Albert v. Jonathan Schnapp et al.*
              C.A. No. 1:25-cv-3013

Dear Magistrate Judge Eichenholtz:

    We write on behalf of all parties to provide a joint status letter reporting on settlement progress pursuant to the Court's minute order dated December 18, 2025.

    Since the parties' status report filed on December 18, 2025, the parties engaged in continued settlement negotiations but have not yet reached an agreement. Additional time is required because the discussions center around a business transaction for which defendant has requested due diligence. We therefore request until January 22, 2026 to continue negotiations.

    Respectfully submitted,


*/s/ Michael J. Keane*

**GARFUNKEL WILD, P.C.**
Michael J. Keane
900 Stewart Avenue, 4th Floor
Garden City, NY 11530
Telephone: (516) 393-2263
MKeane@garfunkelwild.com

*Counsel for Defendants Jonathan Schnapp
and LAC Services I, Inc.*

/s/  *David E. Kirk*

**KIRK & INGRAM, LLP**
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY  10026
Telephone:  (212) 859-3504
DKirk@kirkingram.com

*Counsel for Plaintiff Ashley Albert*