# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

MICHAEL J. KEANE
Of Counsel
Licensed in NY, NJ
Email: mkeane@garfunkelwild.com
Direct Dial: (516) 393-2263

**FILE NO.:** 17820.0002

January 23, 2026

**By ECF**

The Honorable Seth D. Eichenholtz, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Ashley Albert v. Jonathan Schnapp et al.*
            C.A. No. 1:25-cv-3013

Dear Magistrate Judge Eichenholtz:

We write on behalf of all parties to provide a joint status letter reporting on settlement progress pursuant to the Court's minute order dated January 8, 2026.

Since the parties' status report filed on January 8, 2026, the parties have made further progress and are continuing to negotiate a potential resolution of this dispute. However, an agreement has not yet been reached. The parties believe that good cause exists for a further extension until February 4, 2026 to attempt to reach a definitive resolution. If the Court does not grant such an extension, counsel are prepared to attend the January 30, 2026 phone conference as ordered. Thank you.

                                             Respectfully submitted,

                                             */s/ Michael J. Keane*

                                             **GARFUNKEL WILD, P.C.**
                                             Michael J. Keane
                                             900 Stewart Avenue, 4th Floor
                                             Garden City, NY 11530
                                             Telephone: (516) 393-2263
                                             MKeane@garfunkelwild.com

*Counsel for Defendants Jonathan Schnapp and LAC Services I, Inc.*
/s/ David E. Kirk

**KIRK & INGRAM, LLP**
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY 10026
Telephone: (212) 859-3504
DKirk@kirkingram.com

*Counsel for Plaintiff Ashley Albert*

**GARFUNKEL WILD, P.C.**

4930-0005-8246v.1