# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY ALBERT,<br><br>    Plaintiff,<br><br> -against-<br><br>JONATHAN SCHNAPP and LAC SERVICES I, INC., as Trustee of the Schnapp Family Business Trust,<br><br>    Defendants. | Civil Action No. 1:25-cv-3013<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

By and through their undersigned counsel, Plaintiff-Counterclaim Defendant Ashley Albert and Defendants-Counterclaim Plaintiffs Jonathan Schnapp and LAC Services I, Inc. (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties stipulate as follows:

1. The Parties have agreed to a settlement resolving all claims and counterclaims in this litigation;

2. This dismissal shall not preclude the enforcement of the Parties' settlement agreement;

3. The Parties shall bear their own costs and attorneys' fees; and

4. The Parties stipulate that the litigation and all claims and counterclaims shall be dismissed with prejudice.

Dated: February 5, 2026

/s/ David E. Kirk

**KIRK & INGRAM, LLP**
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212) 859-3504
DKirk@kirkingram.com

*Counsel for Plaintiff-Counterclaim Defendant Ashley Albert*


/s/ Michael J. Keane

**GARFUNKEL WILD, P.C.**
Michael J. Keane
900 Stewart Ave., 4th Floor
Garden City, NY 11530
Telephone: (516) 393-2263
MKeane@garfunkelwild.com

*Counsel for Defendants-Counterclaim Plaintiffs Jonathan Schnapp and LAC Services I, Inc.*